FILED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

JAN 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>v.<br><br>MARYLYNE PATAO; DAVID ALAN BOUCHER; ALL PARTIES WITH ANY RIGHT, TITLE, OR INTEREST IN THE REAL PROPERTY AT 10400 ASHDALE STREET, STANTON, CALIFORNIA 90680; and DOES 1 to 10<br><br>Defendants. | Case No.: SACV13-1580 AG (JPRx)<br><br>Assigned to Hon. Andrew J. Guilford, Courtroom 10D<br><br>(PROPOSED) JUDGMENT IN FAVOR OF PLAINTIFF NATIONSTAR MORTGAGE AND AGAINST DEFENDANT MARYLYNE PATAO<br><br>Complaint filed: October 8, 2013<br>Trial: none |

The Court, having granted on December 8, 2014, Plaintiff Nationstar Mortgage LLC motion for summary judgment in its favor and against Defendant Marylyne Patao pursuant to Federal Rule of Civil Procedure 56,[1] finds, adjudges and orders as follows:

**IT IS HEREBY ORDERED AND DECREED** that:

1. Plaintiff Nationstar Mortgage LLC is entitled to judgment in its favor and against Defendant Marylyne Patao.

///

---

[1] *See* Dkt. No. 61

{30029653;1}

1                                                                                    CASE NO. SACV13-1580 AG (JPRX)

**(PROPOSED) JUDGMENT GRANTING PLAINTIFF NATIONSTAR MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT**

2. The grant deed in favor of Defendant Marylyne Patao, which is dated August 22, 2012 and was recorded on August 27, 2012 in the Official Records of the Orange County Clerk-Recorder's Office as instrument number 2012000495057, is void and is of no force or effect, *nunc pro tunc* as of August 27, 2012.

3. The grant deed in favor of Defendant Marylyne Patao, which is dated August 22, 2012 and was recorded on August 27, 2012 in the Official Records of the Orange County Clerk-Recorder's Office as instrument number 2012000495057, is EXPUNGED from the public record.

4. ~~Plaintiff Nationstar Mortgage LLC is the true, rightful, and lawful owner of the parcel of real property commonly referred to as 10400 Ashdale Street, Stanton, California 90680 in fee simple absolute, free and clear of any claims by Defendant Marylyne Patao.~~

5. Defendant Marylyne Patao has no right, title, estate, lien, or interest in or to the parcel of real property commonly referred to as 10400 Ashdale Street, Stanton, California 90680, *nunc pro tunc* as of August 27, 2012.

6. Title in and to the parcel of real property commonly referred to as 10400 Ashdale Street, Stanton, California 90680 is quieted in favor of Plaintiff Nationstar Mortgage LLC and against Defendant Marylyne Patao, *nunc pro tunc* as of August 27, 2012.

7. ~~Defendant Marylyne Patao and her agents, servants, employees, and any and all persons acting under, in concert with, or on her behalf, are permanently enjoined from recording any further instruments against title to the parcel of real property commonly referred to as 10400 Ashdale Street, Stanton, California 90680.~~

///
///
///
///

8. Judgment is hereby entered in favor Plaintiff Nationstar Mortgage LLC and against Defendant Marylyne Patao.

**IT IS SO ORDERED.**

Dated: JANUARY 13, 2015   By: _____
Honorable Andrew J. Guilford
U.S. District Court Judge

Respectfully submitted,

**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Plaintiff
NATIONSTAR MORTGAGE LLC